FILED

11/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0681



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0681

JAMES L. LAMBOTT,

      Petitioner,

v.

BOB OLSEN, Program Aministrator,
S.T.A.R.T.,

      Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED: November 22, 2024.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court